# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Reza Bahari

Bankruptcy Case No.:
13−22648−rdd

Fun Yim Ng
Moon Chan
Claudette Jean−Baptiste
Shaoli Hu Zhang
Lai Wan Ng
Tieu Phan Chan
Rebecca Schlossberg
Jeanette Penalver
Sheila Yen−Pfister
Lana Rybak
Farrah Kule−Rubin

Plaintiff(s),

−against−

Adversary Proceeding No.
13−08339−rdd

Bahari Group Limited
Reza Bahariin his individual and official capacities
Fattaneh Bahariin her individual and official capacities
John Does 1 through 5whose names are not currently known, in their individual and official capacities

Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** |
|---|
| **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**300 Quarropas Street**<br>**White Plains, NY 10601** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **David E. Gottlieb**<br>**Thompson Wigdor LLP**<br>**85 Fifth Ave.**<br>**New York, NY 10003** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Room: Courtroom 118, White Plains Office, 300 Quarropas Street, White Plains, NY 10601 |
|---|---|
| | Date and Time: 11/5/13 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 8/7/13	Vito Genna

*Clerk of the Court*

By: /s/  Claire Logue Togher

*Deputy Clerk*